IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KURTIS T. WIEMERS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3228 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | ORDER ON PLAINTIFF'S MOTION FOR |
| Social Security Administration, | ) | EXTENSION OF TIME TO FILE BRIEF |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Plaintiff's Motion for Extension of Time to File Brief, ECF No. 15, is granted and the plaintiff shall on or before July 27, 2012, file and serve his brief;

2. the defendant shall have 35 days from the date on which the plaintiff's brief is filed in which to file an answer brief;

3. within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

4. in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

Dated June 26, 2012.

BY THE COURT

_____
Warren K. Urbom
United States Senior District Judge