IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KURTIS T. WIEMERS, | ) | 4:11CV3228 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ON DEFENDANT'S MOTION |
| | ) | FOR EXTENSION OF TIME TO RESPOND |
| MICHAEL J. ASTRUE, Commissioner of | ) | TO PLAINTIFF'S BRIEF |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has requested an extension of time to respond to the plaintiff's brief, ECF. No. 18.

IT IS ORDERED that:

1. the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief, ECF No. 18, is granted;

2. the defendant shall on or before October 1, 2012, file and serve its responsive brief;

3. within one week after the defendant's responsive brief is filed, the plaintiff may file and serve a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

4. in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

Dated August 29, 2012.

BY THE COURT

_/s/ Warren K. Urbom_____

Warren K. Urbom
United States Senior District Judge